# MEMORANDUM DECISIONS

## 1

Anna Foss NELSON v. Frank J. COS-GROVE et al.* (No. 767–4366.) (Commission of Appeals of Texas, Section A. Dec. 10, 1925.) Error to Court of Civil Appeals of 10th Supreme Judicial District. Bryan & Maxwell, of Waco, for plaintiff in error. W. L. Eason, of Waco, for defendants in error.

BISHOP, J. Plaintiff in error challenges the correctness of the majority opinion by Chief Justice Gallagher of the Court of Civil Appeals of the Tenth Supreme Judicial District. 269 S. W. 891. Even had Mrs. Cosgrove acknowledged the deed to Jenson, the holding in the case of Sanger Brothers v. Brooks, 101 Tex. 115, 105 S. W. 37, from which the opinion quotes, is controlling in this case, unless such holding should be here overruled. We approve the disposition made of this case by the Court of Civil Appeals in the majority opinion, and recommend that its judgment be affirmed.

CURETON, C. J. The judgment recommended in the report of the Commission of Appeals is adopted, and will be entered as the judgment of the Supreme Court.

## 2

Emilio CASTILLO v. STATE. (No. 9598.) (Court of Criminal Appeals of Texas. Dec. 2, 1925.) Appeal from District Court, Medina County; L. J. Brucks, Special Judge. R. J. Noonan, of Hondo, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

BERRY, J. The offense is manslaughter and the punishment is five years in the penitentiary. There are no bills of exceptions in the record, and no objections to the charge of the court. We have examined the statement of facts, and it is entirely sufficient to support the verdict. Finding no error in the record, the judgment is in all things affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## 3

McKinley CHANEY v. STATE. (No. 9623.) (Court of Criminal Appeals of Texas. Dec. 2, 1925.) Appeal from District Court, Kaufman County; Joel R. Bond, Judge. Bumpass & Wade, of Terrell, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

BERRY, J. The offense is unlawfully manufacturing intoxicating liquor and the punishment is one year in the penitentiary. The record is before us without any bills of exception. The only objection preserved to the charge of the court is one to the effect that the jury should have been instructed to peremptorily ac-

*Rehearing denied January 13, 1926.

quit the defendant. We have carefully examined the statement of facts, and have reached the conclusion that the evidence is amply sufficient to support the verdict, and, there being no error shown, it is our opinion that the judgment should be in all things affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## 4

Arthur HANEY v. STATE. (No. 9661.) (Court of Criminal Appeals of Texas. Nov. 25, 1925.) Appeal from District Court, Rains County; J. M. Melson, Judge. O. H. Rodes, of Emory, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The offense is the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the writen request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## 5

Arthur HANEY v. STATE. (No. 9662.) (Court of Criminal Appeals of Texas. Nov. 25, 1925.) Appeal from District Court, Rains County; J. M. Melson, Judge. O. H. Rodes, of Emory, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The offense is the possession of equipment for the manufacture of intoxicating liquors; punishment fixed at confinement in the penitentiary for one year. Upon the written motion of the appellant, duly verified by his affidavit, the court is requested to dismiss the appeal. The motion is granted, and the appeal is dismissed.

## 6

Joe PAETZOLD v. STATE. (No. 9506.) (Court of Criminal Appeals of Texas. Nov. 25, 1925.) Appeal from District Court, Roberts County; W. R. Ewing, Judge. Umphres, Mood & Clayton, of Amarillo, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The offense is the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The state has filed a motion to dismiss the appeal on account of an insufficient recognizance. Appellant's counsel concedes that the motion is good. The appeal is therefore dismissed. However, it may be reinstated within 15 days by the filing of a new recogni-